sak / 4

UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re: Dale Anthony Bryant     Case No: 4:08-bk-15771 E

## OBJECTION TO CONFIRMATION
## OF INITIAL PLAN

Comes now Joyce Bradley Babin, Chapter 13 Standing Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code. **The Debtor will need to provide copies of his 2004 and 2005 tax returns to the Trustee prior to confirmation.**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. 1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, Joyce Bradley Babin , Standing Chapter 13 Trustee prays:
1. That the Court set this objection for a hearing.
2. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. 1307 or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.
3. That the Chapter 13 Trustee be granted such other and further relief to which she may be entitled.

Dated: 10/24/2008

/s/ Joyce Bradley Babin

CHAPTER 13 TRUSTEE

cc:  Dale Anthony Bryant
P O Box 241963
Little Rock, AR  72222

Jimmy Eaton, Pllc
1824 N Main Street
North Little Rock, AR  72114-2830